No. 90–1271. NORFOLK & WESTERN RAILWAY CO. *v.* ROBERSON ET AL., 500 U. S. 916. Motion of respondents for attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Fourth Circuit.

No. 90–1390. GENERAL MOTORS CORP. ET AL. *v.* ROMEIN ET AL. Sup. Ct. Mich. [Certiorari granted, 500 U. S. 915.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 90–1596. ROBERTSON, CHIEF, UNITED STATES FOREST SERVICE, ET AL. *v.* SEATTLE AUDUBON SOCIETY ET AL. C. A. 9th Cir. [Certiorari granted, 501 U. S. 1249.] Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 90–1739. FUQUA INDUSTRIES, INC., ET AL. *v.* JANDRUCKO, 501 U. S. 1252. Motion of respondent for damages denied.

No. 90–1832. PESTRAK *v.* OHIO ELECTIONS COMMISSION ET AL.; and
No. 91–9. OHIO ELECTIONS COMMISSION ET AL. *v.* PESTRAK. C. A. 6th Cir. Motion of the parties to defer consideration of petitions for writs of certiorari granted for 60 days.

No. 90–1846. DENTON, DIRECTOR OF CORRECTIONS OF CALIFORNIA, ET AL. *v.* HERNANDEZ. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.